**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03053-BNB

EARL CROWNHART,

    Applicant,

v.

JAMES X. QUINN, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On March 4, 2013, Applicant filed a Motion for Order to File a Reply in Response, ECF No. 40. The Motion is denied as unnecessary.

Dated: March 5, 2013