**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03053-LTB

EARL CROWNHART,

    Applicant,

v.

JAMES X. QUINN, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 24, 2014, Applicant filed a notice of appeal.  The Clerk of the Court is directed to terminate the motion, ECF No. 64, and process the filing as a notice of appeal.

Dated:  March 25, 2014